IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL FILE NO. 1:09-CR-237-TWT |
| STEVEN L. JACKSON, | |
| Defendant. | |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 52] of the Magistrate Judge recommending finding that the Defendant is not competent to stand trial. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant is committed to the custody of the Attorney General for further evaluation. The Motion for Disclosure of Confidential Informants [Doc. 20] and Motion to Suppress [Doc. 21] are DENIED without prejudice.

SO ORDERED, this 19 day of May, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge