IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEVEN L. JACKSON,<br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br>CRIMINAL ACTION NO.<br>1:09-CR-0237-SCJ-LTW<br><br>CIVIL ACTION NO.<br>1:16-CV-1851-SCJ-LTW |

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge Linda T. Walker [Doc. No. 185], to which no objections have been filed.  After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court.

Accordingly, Movant's § 2255 motion [Doc. No. 177] is **DENIED**.  It is further **ORDERED** that a certificate of appealability is **DENIED**.

**IT IS SO ORDERED**, this 15th day of December, 2016.

                                                s/Steve C. Jones
                                                STEVE C. JONES
                                                UNITED STATES DISTRICT JUDGE